UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

No. 7:01-M-100

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) <u>ORDER ALLOWING DISMISSAL OF</u> |
| v. | ) <u>CRIMINAL INFORMATION AND</u> |
| | ) <u>WITHDRAWAL OF ARREST WARRANT</u> |
| ERIN WEST | ) |

Leave of court is granted for the filing of the foregoing dismissal.

1/18/13
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE